1  Michael A. Isaacs, State Bar No. 99782
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
5  Fax No.: 415.356.4610
   E-Mail:    misaacs@luce.com
6             jfillerup@luce.com
7             nle@luce.com

8  Attorneys for Appellee JANINA M. ELDER,
   Chapter 11 Trustee

9

10                      UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
                                          |  Case No. 07 CV 05882JSW
14  JAVIER RIVERA,                        |
                                          |
15         Appellant,                     |  **STIPULATION TO DISMISS APPEAL
                                          |  WITH PREJUDICE, AND ORDER
16  v.                                    |  DISMISSING APPEAL WITH
                                          |  PREJUDICE**
17  JANINA M. ELDER, Trustee,             |
                                          |
18         Appellee.                      |

19

20         Appellant Javier Rivera ("Appellant")  and  Appellee Janina M. Elder, Chapter 11

21  Bankruptcy Trustee ("Appellee"), hereby stipulate, as follows:

22         On or about November 2, 2007, United States Bankruptcy Judge Thomas  E.  Carlson

23  entered an order in a  bankruptcy case captioned  In re Sophie Ng, United States Bankruptcy

24  Court, Case No.  06-30904TEC (the "Ng Bankruptcy"), which terminated any actual or alleged

25  possessory right, title or interest of the Appellant in an asset of the Ng Bankruptcy estate, namely a

26  24-unit apartment  building located at 1385 Clay Street, San Francisco, California (the "November

27  2 Order").

28         On or about November 5, 2007, Appellant filed a notice of appeal in this Court seeking to

1  appeal the November 2 Order.   The appeal was assigned to Judge Samuel Conti.  On November

2  30, 2007, the appeal was reassigned to Judge Jeffrey S. White.

3      Appellant now desires to dismiss his Notice of Appeal of the November 2 Order  and to

4  dismiss this appeal in its entirety, with  prejudice.

5      Appellee will stipulate to the dismissal, so long as the dismissal is with prejudice.

6      Accorindgly, the parties hereby stipulate to the Appellant's dismissal of this appeal with

7  prejudice, with each party to bear its own costs in connection with the appeal.

8

9  DATED: December 3,  2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

10

11  By: _____

12        Jeffrey L. Fillerup
            Attorneys for Appellee JANINA M. ELDER,
            Chapter 11 Trustee

13

14

15  DATED: December 3,  2007

16

17

18  By: _____
            Javier Rivera,  Appellant
            In Pro Se

19

20

21

22                          **ORDER**

23      Pursuant to the above stipulation of the Appellant and the Appellee, IT IS

24  HEREBY ORDERED that the Appellant's appeal is dismissed with prejudice, with each party is

25  to bear its own costs in connection with the appeal.

26  DATED:  December ___, 2007          _____

27

28  301023140.1

                                        2                Case No. 07 CV 05882  SC
                                        STIPULATION TO DISMISS WITH PREJUDICE
                                        AND ORDER DISMISSING WITH PREJUDICE