Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    misaacs@luce.com
           jfillerup@luce.com
           nle@luce.com

Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER RIVERA,<br><br>    Appellant,<br><br>v.<br><br>JANINA M. ELDER, Trustee,<br><br>    Appellee. | Case No. 07 CV 05882JSW<br><br>**STIPULATION TO DISMISS APPEAL WITH PREJUDICE, AND ORDER DISMISSING APPEAL WITH PREJUDICE** |

Appellant Javier Rivera ("Appellant") and Appellee Janina M. Elder, Chapter 11 Bankruptcy Trustee ("Appellee"), hereby stipulate, as follows:

On or about November 2, 2007, United States Bankruptcy Judge Thomas E. Carlson entered an order in a bankruptcy case captioned In re Sophie Ng, United States Bankruptcy Court, Case No. 06-30904TEC (the "Ng Bankruptcy"), which terminated any actual or alleged possessory right, title or interest of the Appellant in an asset of the Ng Bankruptcy estate, namely a 24-unit apartment building located at 1385 Clay Street, San Francisco, California (the "November 2 Order").

On or about November 5, 2007, Appellant filed a notice of appeal in this Court seeking to

1  appeal the November 2 Order.  The appeal was assigned to Judge Samuel Conti.  On November
2  30, 2007, the appeal was reassigned to Judge Jeffrey S. White.
3       Appellant now desires to dismiss his Notice of Appeal of the November 2 Order and to
4  dismiss this appeal in its entirety, with prejudice.
5       Appellee will stipulate to the dismissal, so long as the dismissal is with prejudice.
6       Accorindgly, the parties hereby stipulate to the Appellant's dismissal of this appeal with
7  prejudice, with each party to bear its own costs in connection with the appeal.

9  DATED: December 3, 2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

11                                 By: _____
12                                    Jeffrey L. Fillerup
                                      Attorneys for Appellee JANINA M. ELDER,
                                      Chapter 11 Trustee

15
16  DATED: December 3, 2007

17
18                                 By: _____
                                      Javier Rivera, Appellant
19                                    In Pro Se

21
22                                 **ORDER**
23       Pursuant to the above stipulation of the Appellant and the Appellee, IT IS
24  HEREBY ORDERED that the Appellant's appeal is dismissed with prejudice, with each party is
25  to bear its own costs in connection with the appeal.
26  DATED: December 6, 2007        _____
                                   Jeffrey S. White
27

28  301023140.1

2                             Case No. 07 CV 05882 SC
                              STIPULATION TO DISMISS WITH PREJUDICE
                              AND ORDER DISMISSING WITH PREJUDICE