1  Michael A. Isaacs, State Bar No. 99782
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
5  Fax No.: 415.356.4610
   E-Mail:    misaacs@luce.com
6             jfillerup@luce.com
              nle@luce.com
7
   Attorneys for Appellee JANINA M. ELDER,
8  Chapter 11 Trustee

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
                                        Case No. 07 CV 05882JSW
14  JAVIER RIVERA,

15        Appellant,                     **STIPULATION TO DISMISS APPEAL
                                         WITH PREJUDICE, AND ORDER
16  v.                                   DISMISSING APPEAL WITH
                                         PREJUDICE**
17  JANINA M. ELDER, Trustee,

18        Appellee.

19

20        Appellant Javier Rivera ("Appellant")  and  Appellee Janina M. Elder, Chapter 11

21  Bankruptcy Trustee ("Appellee"), hereby stipulate, as follows:

22        On or about November 2, 2007, United States Bankruptcy Judge Thomas  E. Carlson

23  entered an order in a  bankruptcy case captioned  <u>In re Sophie Ng</u>, United States Bankruptcy

24  Court, Case No.  06-30904TEC (the "Ng Bankruptcy"), which terminated any actual or alleged

25  possessory right, title or interest of the Appellant in an asset of the Ng Bankruptcy estate, namely a

26  24-unit apartment  building located at 1385 Clay Street, San Francisco, California (the "November

27  2 Order").

28        On or about November 5, 2007, Appellant filed a notice of appeal in this Court seeking to

                                            1

1  appeal the November 2 Order.   The appeal was assigned to Judge Samuel Conti.  On November

2  30, 2007, the appeal was reassigned to Judge Jeffrey S. White.

3        Appellant now desires to dismiss his Notice of Appeal of the November 2 Order  and to

4  dismiss this appeal in its entirety, with  prejudice.

5        Appellee will stipulate to the dismissal, so long as the dismissal is with prejudice.

6        Accorindgly, the parties hereby stipulate to the Appellant's dismissal of this appeal with

7  prejudice, with each party to bear its own costs in connection with the appeal.

8

9  DATED: December 3,  2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

10

11                    By:

12                       Jeffrey L. Fillerup
                         Attorneys for Appellee JANINA M. ELDER,
                         Chapter 11 Trustee

13

14

15
   DATED: December 3,  2007
16

17

18                    By:
                        Javier Rivera,  Appellant
19                      In Pro Se

20

21

22                          **ORDER**

23        Pursuant to the above stipulation of the Appellant and the Appellee, IT IS

24  HEREBY ORDERED that the Appellant's appeal is dismissed with prejudice, with each party is

25  to bear its own costs in connection with the appeal.

26  DATED:  December 6  , 2007        _____

27

28
   301023140.1