Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:   misaacs@luce.com
          jfillerup@luce.com
          nle@luce.com

Attorneys for Appellee JANINA M. ELDER,
Chapter 11 Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAVIER RIVERA,

    Appellant,

v.

JANINA M. ELDER, Trustee,

    Appellee.

Case No. 07 CV 05882 JSW

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On December 6, 2007, I served true copies of the following document(s) described as

**STIPULATION TO DISMISS APPEAL WITH PREJUDICE, AND ORDER DISMISSING APPEAL WITH PREJUDICE**

[X]  **BY MAIL:** By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of

business each day.

Javier Rivera
2330 Geary Blvd
San Francisco, CA  94115

[X]   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 6, 2007, at San Francisco, California.

_____
Cheryl Cormier

301023379.1